**Opinion filed June 6, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00116-CV

_____

_____

**LADY ATTEGRENE ADAMS EXPRESS TRUST, Appellant**

**V.**

**DOUBLE DIAMOND, INC., ET AL., Appellees**

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C51000**

## M E M O R A N D U M   O P I N I O N

Victoria O'Brien, on behalf of Lady Attegrene Adams Express Trust, has filed a pro se notice of appeal from the trial court's purported "judgment for dismissal" in the underlying case.

When this appeal was docketed, the district clerk's office informed this court that the trial court had not entered an order in the proceedings below. On May 9, 2024, the clerk of this court informed O'Brien by letter that it did not appear that the

trial court had entered an appealable order. We requested O'Brien to respond and show grounds to continue this appeal. We also informed her that this appeal may be dismissed. *See* TEX. R. APP. P. 42.3. O'Brien responded and stated that "the judgment for dismissal was issued after a conventional trial on the merits for the trial held on April 9, 2024." However, the district clerk's office has informed this court that nothing has been filed after April 2, 2024, and that no final orders exist in the proceedings below.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). In this case, the trial court has not entered an appealable order in the proceedings below. Therefore, there is no appealable order for us to review, and we are without jurisdiction to consider this appeal.

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

W. BRUCE WILLIAMS
JUSTICE

June 6, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2